# EXHIBIT B

- request for video or audio recordings made during "Operation Return to Sender" conducted by the El Centro Border Patrol Station in Kern County between the dates of January 4, 2025 and January 13, 2024, including, but not limited to, body-worn camera footage of Border Patrol agents. These records were withheld in full pursuant to FOIA exemption 7(A). (Case Number CBP-FO-2025-080921)
- On April 29, 2025, U.S. Customs and Border Protection (CBP) issued to **Carl Bergquist,** an attorney with *Coalition for Humane Immigrant Rights* in Ottawa Hills, Ohio, a full denial regarding his request for records pertaining to a raid that occurred on January 7, 2025, at the Home Depot in Bakersfield, California during "Operation Return to Sender". These records were withheld in full pursuant to FOIA exemption 7(A). (Case number CBP-FO-2025-098992)
- On April 30, 2025, U.S. Citizenship and Immigration Services (USCIS) released to **Hannah Crichfield,** a media representative with the *Tampa Bay Times*, in St. Petersburg, FL, 13 excel spreadsheets of records consisting of information pertaining to H2A program participants, between 2013 and May 9, 2024. Portions of this release were withheld pursuant to FOIA Exemptions 6. (Case Number OPQ2024000007)
- On April 30, 2025, **Irvin McCullough** a representative with *Government Accountability Project* in Washington, D.C., requested from U.S. Immigration and Customs Enforcement (ICE) summary reports or datasets detailing the number of individuals transferred into ICE detention facilities located in Louisiana between January 1, 2020, through April 30, 2025. (ICE FOIA Case Number 2025-ICFO-34860)
- On April 30, 2025, U.S. Citizenship and Immigration Services (USCIS) released to **Alexander Devoid**, a media representative with *Arizona Daily Star* in Henderson, North Carolina, 432 pages of records pertaining to the Humanitarian Adjudication for Victims Enterprise Nationwide (HAVEN) system. Portions of the release were withheld pursuant to FOIA Exemption 6. (Case Number COW2021000640)

VI. **Litigation**
- In the matter of *Safe Horizon v. U.S. Citizenship and Immigration Services (USCIS), United States Department of Homeland Security (DHS) et al., (21-cv-02328),* plaintiff filed a FOIA request on February 19, 2020, seeking records pertaining to adjudication of petitions for U nonimmigrant status and applications for adjustment of status for U nonimmigrants based on an underlying U nonimmigrant visa. On April 29, 2025, USCIS released to the plaintiff 587 pages of records.
- In the matter of *National Immigration Project of the National Lawyers Guild and Laila L. Hlass v. USCIS and DHS, (25-CV-00602)*, plaintiff filed a FOIA request on November 5, 2024, seeking I-360 data from 2010 through 2025, and I-485 data based on Special Immigrant Juvenile Status (SIJS) from 2014 through 2025. On April 29, 2025, USCIS released to the plaintiff 28 spreadsheets of records.
- In the matter *Reclaim the Records v. U.S. Citizenship and Immigration Services (USCIS), (23-cv-01997),* Plaintiff filed a FOIA request on July 1, 2021, seeking "emails to/from USCIS' Associate Director of Immigration Records and Identity