# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| Alexander Devoid ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00423 |
| US Citizenship and Immigration Services ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Alexander Devoid .

Date: 11/26/2025

/s/ Daniel Melo
*Attorney's signature*

Daniel Melo NC 48654
*Printed name and bar number*
Daniel Melo
The Melo Law Firm PLLC
2920 Forestville Road, Ste 100, PMB 1192
Raleigh, NC 27616
*Address*

dan@themelolawfirm.com
*E-mail address*

(919) 345-9213
*Telephone number*

*FAX number*