# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ALEXANDER DEVOID

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** 1:25-cv-00423 |
| | ) | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Melo
The Melo Law Firm PLLC
2920 Forestville Road, Ste 100, PMB 1192
Raleigh, NC 27616

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date ___11/26/2025___

Katherine Hord Simon, Clerk
United States District Court

**Civil Action No.** 1:25-cv-00423

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑ **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; or

❑ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑ **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❑ **I returned the summons unexecuted because** _____; or

❑ **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____            _____
                                                            **Server's signature**

                                              _____
                                                            **Printed name and title**

                                              _____
                                                            **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ALEXANDER DEVOID

|                                  |   |                                    |
|----------------------------------|---|------------------------------------|
| *Plaintiff*                      | ) |                                    |
| **v.**                           | ) | **Civil Action No.** 1:25-cv-00423 |
|                                  | ) |                                    |
| UNITED STATES IMMIGRATION AND    | ) |                                    |
| CITIZENSHIP SERVICES             | ) |                                    |
|                                  | ) |                                    |
|                                  | ) |                                    |
|                                  | ) |                                    |
| *Defendant*                      |   |                                    |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

United States Citizenship and Immigration Services
Office of the Chief Counsel
5900 Capital Gateway Drive, Mailstop 2122
Camp Springs, MD 20588-0009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Melo
The Melo Law Firm PLLC
2920 Forestville Road, Ste 100, PMB 1192
Raleigh, NC 27616

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Katherine Hord Simon, Clerk
United States District Court

Date  11/26/2025

Civil Action No. 1:25-cv-00423

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❑    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____ ; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑    **I returned the summons unexecuted because** _____ ; or

❑    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____       _____
                                        Server's signature

                                   _____
                                        Printed name and title

                                   _____
                                        Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ALEXANDER DEVOID

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| UNITED STATES IMMIGRATION AND CITIZENSHIP SERVICES | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

**Civil Action No.** 1:25-cv-00423

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> U.S. Attorney's Office – Western District of North Carolina
> Attn: Civil Process Clerk
> 227 West Trade Street, Suite 1650
> Charlotte, NC 28202

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> Daniel Melo
> The Melo Law Firm PLLC
> 2920 Forestville Road, Ste 100, PMB 1192
> Raleigh, NC 27616

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

Katherine Hord Simon, Clerk
United States District Court

Date ___11/26/2025___

**Civil Action No.** 1:25-cv-00423

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑   **I personally served the summons on the defendant at**
   *(place)*_____
   **on** *(date)* _____; or

❑   **I left the summons at the individual's residence or usual place of abode with** *(name)*
   _____, **a person of suitable age and discretion who**
   **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
   **known address; or**

❑   **I served the summons on** *(name of individual)* _____,
   **who is designated by law to accept service of process on behalf of** *(name of organization)*
   _____ **on** *(date)* _____; **or**

❑   **I returned the summons unexecuted because** _____; **or**

❑   **Other** *(specify)*:
   _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____                    _____
                                                                **Server's signature**

                                                                _____
                                                                **Printed name and title**

                                                                _____
                                                                **Server's address**

**Additional information regarding attempted service, etc:**