IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:25-CV-423-MOC-WCM

ALEXANDER DEVOID,

     Plaintiff,

v.

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES,

     Defendant.

## NOTICE OF APPEARANCE

**NOW COMES** the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and gives notice to the Court of the appearance of the undersigned Assistant United States Attorney for U.S. Citizenship and Immigration Services, in the above-captioned action. This appearance is made without waiving any applicable defenses that Defendants may raise.

Respectfully submitted this 8th day of December, 2025.

**RUSS FERGUSON**
UNITED STATES ATTORNEY

**s/CAROLINE B. MCLEAN**
Caroline B. McLean
Assistant United States Attorney
N.C. Bar No. 41094
Room 233, US Courthouse
100 Otis Street
Asheville, NC 28801
Phone: 828-271-4661
Fax: 828-271-4327
E-Mail: caroline.mclean@usdoj.gov