UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

ALEXANDER DEVOID,

        Plaintiff,

v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES

        Defendant.

Case No. 1:25-cv-423

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that the below parties and offices were served on the respective dates with copies of the Summons and Complaint, together with any exhibits, and local Court required documents in accordance with Rule 4(i) of the Federal Rules of Civil Procedure via USPS certified mail (electronic tracking receipts attached):

<u>December 1, 2025</u>
United States Citizenship and Immigration Services
Office of the Chief Counsel
5900 Capital Gateway Drive, Mailstop 2122
Camp Springs, MD 20588-0009

<u>December 1, 2025</u>
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

1

<pre>
December 8, 2025
U.S. Attorney's Office – Western District of North Carolina
Attn: Civil Process Clerk
227 West Trade Street, Suite 1650
Charlotte, NC 28202
</pre>

Plaintiff respectfully notes to the Court that the Freedom of Information Act requires the Defendant to "serve an answer or otherwise plead to any complaint" within <u>thirty days</u> of service, "unless the [C]ourt otherwise directs for good cause shown." *See* 5 U.S.C. § 552(a)(4)(C).

Respectfully submitted, this the 8th of December, 2025

By: /s/ Daniel Melo

<pre>
Daniel Melo
The Melo Law Firm
NC Bar # 48654
2920 Forestville Road, Ste 100
PMB 1192
Raleigh, NC 27616
Tel: (919) 348-9213
dan@themelolawfirm.com
</pre>
*Pro Bono Counsel For Plaintiff*



The Melo Law Firm, PLLC
Daniel Melo
2920 FORESTVILLE RD STE 100,
PMB 1192
RALEIGH NC 27616-8774

**USPS CERTIFIED MAIL**

9402 6118 9876 5435 1522 51

US POSTAGE AND FEES PAID
PRIORITY MAIL IMI
Dec 05 2025
Mailed from ZIP 27616
1 LB PRIORITY MAIL RATE
ZONE 2
11923275
Commercial



063S0010282486

US Attorneys Office
227 W TRADE ST STE 1650
CHARLOTTE NC 28202-1698

| | |
|---|---|
| Reference | Devoid FOIA HAVEN |
| USPS # | 9402611898765435152251 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 12:57 pm on December 8, 2025 in CHARLOTTE, NC 28202. Your item was delivered to the front desk, reception area, or mail room at 12:57 pm on December 8, 2025 in CHARLOTTE, NC 28202. |
| USPS History | Your item was delivered to the front desk, reception area, or mail room at 12:57 pm on December 8, 2025 in CHARLOTTE, NC 28202.<br>Out for Delivery, 12/08/2025, 6:10 am, CHARLOTTE, NC 28202<br>Arrived at Post Office, 12/08/2025, 4:21 am, CHARLOTTE, NC 28204<br>Arrived at USPS Facility, December 8, 2025, 3:27 am, CHARLOTTE, NC 28204<br>Arrived at USPS Regional Destination Facility, 12/07/2025, 5:52 pm, CHARLOTTE NC DISTRIBUTION CENTER<br>Arrived at USPS Regional Facility, December 6, 2025, 9:41 pm, GREENSBORO NC DISTRIBUTION CENTER<br>USPS in possession of item, 12/05/2025, 1:53 pm, WAKE FOREST, NC 27587<br>Shipping Label Created, USPS Awaiting Item, 12/05/2025, 7:29 am, RALEIGH, NC 27616 |

**Electronic Delivery Confirmation Report © 2025 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com. Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and print fulfillment completed by Certified Mail Envelopes, Inc. www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
Date Verified: 12/08/2025 (UTC)

# Electronic Delivery Confirmation™



The Melo Law Firm, PLLC
Daniel Melo
2920 FORESTVILLE RD STE 100,
PMB 1192
RALEIGH NC 27616-8774

US POSTAGE AND FEES PAID
PRIORITY MAIL IMI
Nov 26 2025
Mailed from ZIP 27616
1 LB PRIORITY MAIL RATE
ZONE 3
11923275
Commercial



063S0011485628

**USPS CERTIFIED MAIL**

9402 6118 9876 5435 0681 94

US Citizenship and Immigration Services
Office of Chief Counsel
5900 CAPITAL GATEWAY DR STOP 2122
CAMP SPRINGS MD 20588-0009

| | |
|---|---|
| Reference | Devoid WDNC FOIA |
| USPS # | 9402611898765435068194 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to an individual at the address at 10:30 am on December 1, 2025 in WASHINGTON, DC 20529. Your item was delivered to an individual at the address at 10:30 am on December 1, 2025 in WASHINGTON, DC 20529. |
| USPS History | Your item was delivered to an individual at the address at 10:30 am on December 1, 2025 in WASHINGTON, DC 20529.<br>Redelivery Scheduled for Next Business Day, 11/30/2025, 11:49 am, WASHINGTON, DC 20529<br>Arrived at Hub, November 30, 2025, 10:30 am, WASHINGTON, DC 20018<br>Departed USPS Regional Facility, 11/30/2025, 2:38 am, WASHINGTON DC DISTRIBUTION CENTER<br>Arrived at USPS Regional Destination Facility, 11/29/2025, 7:04 pm, WASHINGTON DC DISTRIBUTION CENTER<br>Arrived at USPS Regional Facility, November 29, 2025, 1:08 pm, WASHINGTON DC DISTRIBUTION CENTER<br>In Transit to Next Facility, 11/29/2025, 12:42 pm<br>Departed USPS Regional Facility, 11/29/2025, 12:19 pm, WASHINGTON DC DISTRIBUTION CENTER<br>Arrived at USPS Regional Facility, November 29, 2025, 10:21 am, WASHINGTON DC DISTRIBUTION CENTER<br>Departed USPS Regional Facility, 11/29/2025, 2:08 am, GREENSBORO NC DISTRIBUTION CENTER |

**Electronic Delivery Confirmation Report © 2025 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com. Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and mailing services provided by Certified Mail Envelopes, Inc., through www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
Date Verified: 12/03/2025 (UTC)

Arrived at USPS Regional Origin Facility, 11/28/2025, 8:49 pm, GREENSBORO NC DISTRIBUTION CENTER

Accepted at USPS Origin Facility, November 28, 2025, 7:34 pm, RALEIGH, NC 27616

Shipping Label Created, USPS Awaiting Item, 11/26/2025, 1:36 pm, RALEIGH, NC 27616

**Electronic Delivery Confirmation Report © 2025 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com. Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and formatting were completed by Certified Mail Envelopes, Inc., using www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 12/03/2025 (UTC)**

# Electronic Delivery Confirmation™



The Melo Law Firm, PLLC
Daniel Melo
2920 FORESTVILLE RD STE 100,
PMB 1192
RALEIGH NC 27616-8774

**USPS CERTIFIED MAIL**



9402 6118 9876 5435 0604 33

US DOJ
US Attorney General
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009

US POSTAGE AND FEES PAID
PRIORITY MAIL IMI
Nov 26 2025
Mailed from ZIP 27616
1 LB PRIORITY MAIL RATE
ZONE 3
11923275
Commercial

063S0010282492

| | |
|---|---|
| Reference | Devoid WDNC FOIA |
| USPS # | 9402611898765435060433 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was picked up at the post office at 4:53 am on December 1, 2025 in WASHINGTON, DC 20530. Your item was picked up at the post office at 4:53 am on December 1, 2025 in WASHINGTON, DC 20530. |
| USPS History | Your item was picked up at the post office at 4:53 am on December 1, 2025 in WASHINGTON, DC 20530.<br>Redelivery Scheduled for Next Business Day, 11/30/2025, 10:19 am, WASHINGTON, DC 20530<br>Arrived at Hub, November 30, 2025, 9:51 am, WASHINGTON, DC 20018<br>Departed USPS Regional Facility, 11/30/2025, 2:38 am, WASHINGTON DC DISTRIBUTION CENTER<br>Arrived at USPS Regional Destination Facility, 11/29/2025, 7:04 pm, WASHINGTON DC DISTRIBUTION CENTER<br>Arrived at USPS Regional Facility, November 29, 2025, 1:08 pm, WASHINGTON DC DISTRIBUTION CENTER<br>In Transit to Next Facility, 11/29/2025, 12:42 pm<br>Departed USPS Regional Facility, 11/29/2025, 12:19 pm, WASHINGTON DC DISTRIBUTION CENTER<br>Arrived at USPS Regional Facility, November 29, 2025, 10:21 am, WASHINGTON DC DISTRIBUTION CENTER<br>Departed USPS Regional Facility, 11/29/2025, 2:08 am, GREENSBORO NC DISTRIBUTION CENTER<br>Arrived at USPS Regional Origin Facility, 11/28/2025, 8:52 pm, |

**Electronic Delivery Confirmation Report © 2025 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com. Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production created by CertifiedMailLabels.com — An Online Certified Mail Envelopes, Inc. product. www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 12/03/2025 (UTC)**

GREENSBORO NC DISTRIBUTION CENTER
Accepted at USPS Origin Facility, November 28, 2025, 7:37 pm, RALEIGH, NC 27616
Shipping Label Created, USPS Awaiting Item, 11/26/2025, 1:31 pm, RALEIGH, NC 27616

**Electronic Delivery Confirmation Report © 2025 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com. Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and formatting were completed by Certified Mail Envelopes, Inc., http://www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 12/03/2025 (UTC)**

Case 1:25-cv-00942-WCM Document 7 Filed 12/08/25 Page 7 of 7