IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:25-CV-423-MOC-WCM

ALEXANDER DEVOID,

    Plaintiff,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

    Defendant.

## **DEFENDANT'S MOTION FOR EXTENSION OF TIME**

COMES NOW the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and moves the Court for an extension of time to respond to Plaintiff's complaint with respect to the United States Citizenship and Immigration Services. The undersigned hereby moves the Court for an extension of time of thirty (30) days to answer or otherwise respond to Plaintiff's complaint, until and including February 2, 2026. In support of this motion, the United States shows unto the Court as follows:

1. On November 26, 2025, Plaintiff filed this action. Doc. 1.

2. On November 26, 2025, summonses were issued. Doc. 4.

3. The United States Attorney's Office for the Western District of North Carolina was served with a copy of the complaint on December 2, 2025.

4. The undersigned has consulted with assigned agency counsel and will need time to confer and coordinate with the agency to conduct a review of the applicable law and facts, including the basis for the withholding under certain Freedom of Information Act ("FOIA") exemptions to prepare an appropriate response to Plaintiff's complaint.

5. In addition, both the undersigned and assigned agency counsel have planned leave over the holidays at different times. The requested extension would provide adequate time to allow the undersigned to coordinate with the agency over the holiday period.

6. For all of these reasons, the undersigned hereby moves the Court for an extension of time of thirty (30) days to answer or otherwise respond to Plaintiffs' complaint until February 2, 2026.

7. Undersigned counsel has consulted with counsel for the Plaintiff, who does not oppose this request.

WHEREFORE the undersigned hereby moves the Court for an extension of time to answer or otherwise respond to Plaintiff's complaint until February 2, 2026.

This the 15th day of December, 2025.

**RUSS FERGUSON**
UNITED STATES ATTORNEY

**s/CAROLINE B. MCLEAN**
Caroline B. McLean
Assistant United States Attorney
N.C. Bar No. 41094
Room 233, US Courthouse
100 Otis Street
Asheville, NC 28801
Phone: 828-271-4661
Fax: 828-271-4327
E-Mail: caroline.mclean@usdoj.gov