IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:25-CV-423-MOC-WCM

ALEXANDER DEVOID,

    Plaintiff,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

    Defendant.

## **DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME**

COMES NOW the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and moves the Court for a second extension of time to respond to Plaintiff's complaint with respect to Plaintiff's Freedom of Information Act ("FOIA") request to the United States Citizenship and Immigration Services. The undersigned hereby moves the Court for an extension of time of six (6) additional weeks to answer or otherwise respond to Plaintiff's complaint, until and including March 23, 2026. In support of this motion, the United States shows unto the Court as follows:

1. On November 26, 2025, Plaintiff filed this action. Doc. 1.

2. The United States Attorney's Office for the Western District of North Carolina was served with a copy of the Complaint on December 2, 2025.

3. With Plaintiff's counsel's consent, the United States sought and obtained an initial extension of time of thirty (30) days to answer or otherwise respond to the Complaint. The Court granted the United States' motion in text-only order on December 15, 2025.

4. The current deadline for the United States to answer or otherwise respond to the Complaint is February 2, 2026.

5. The undersigned has consulted with assigned agency counsel and understands that the agency is reviewing the applicable law and facts relating to the FOIA request and that the agency is in the process of reprocessing the request. The agency intends to produce responsive documents to Plaintiff near the end of February. The production may moot some or all of the issues in the current litigation.

6. The requested extension is not sought for purposes of delay. Rather, the requested extension is sought for purposes of efficiency where the agency's reprocessing may significantly streamline the issues for the parties to litigate and for the Court to decide.

7. For all of these reasons, the undersigned hereby moves the Court for an extension of time of six (6) weeks to answer or otherwise respond to Plaintiffs' complaint until March 30, 2026.

8. Undersigned counsel has consulted with counsel for the Plaintiff, who does not oppose this request.

WHEREFORE the undersigned hereby moves the Court for an extension of time to answer or otherwise respond to Plaintiff's complaint until March 30, 2026.

This the 26th day of January, 2026.

**RUSS FERGUSON**
UNITED STATES ATTORNEY

**s/CAROLINE B. MCLEAN**
Caroline B. McLean
Assistant United States Attorney
N.C. Bar No. 41094
Room 233, US Courthouse
100 Otis Street
Asheville, NC 28801
Phone: 828-271-4661
Fax: 828-271-4327
E-Mail: caroline.mclean@usdoj.gov