IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:25-CV-423-MOC-WCM

| ALEXANDER DEVOID, | |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SUBSTITUTION** |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, | |
| Defendant. | |

The undersigned Assistant United States Attorney gives notice that she is replacing AUSA Caroline B. McLean as counsel for the defendant in this action.

Respectfully submitted this 25th day of February, 2026.

**RUSS FERGUSON**
United States Attorney

s/AMY E. RAY
Assistant United States Attorney
N.C. Bar No. 22762
Room 233, U.S. Courthouse
100 Otis Street
Asheville, North Carolina 28801
Telephone: (828) 271-4661
Fax: (828) 271-4670
E-mail: Amy.Ray@usdoj.gov