IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:25-CV-423-MOC-WCM

ALEXANDER DEVOID,

     Plaintiff,

v.

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES,

     Defendant.

## **UNITED STATES' SECOND MOTION FOR EXTENSION OF TIME**

The United States moves this Court for an extension of time of two weeks to respond to Alexander Devoid's complaint related to his Freedom of Information Act request to the United States Citizenship and Immigration Services

1.    Devoid filed this action on November 26, 2025, Plaintiff filed this action. The United States was served with a copy of the complaint six days later.

2.    With Devoid's consent, the United States sought and obtained two extensions of time, the second after consulting with the agency and learning that it intended to produce records responsive to Deviod's FOIA request by the end of February of this year.

3.    The current deadline for the United States to answer or otherwise respond to the complaint is March 23, 2026.

4.    The undersigned has consulted with assigned agency counsel and understands that the agency has released responsive records to Devoid. The undersigned has been unable, so far, to confirm Devoid's receipt of the records but

expects to be able to confirm that receipt soon.  This production may moot some or all of the issues in this litigation.

5.    For reasons of judicial efficiency and because the United States does not expect to need more than an additional two weeks, the United States moves this Court of an extension of its time to answer or otherwise response to Devoid's complaint until April 6, 2026.

6.    Devoid's counsel generously consents to this extension request.

This the 20th day of March, 2026.

<div style="margin-left:40%">

RUSS FERGUSON
UNITED STATES ATTORNEY

s/ Amy E. Ray
Assistant United States Attorney
N.C. Bar No. 22762
Room 233, US Courthouse
100 Otis Street
Asheville, NC 28801
Phone:  828-271-4661
Fax:  828-271-4327
E-Mail: amy.ray@usdoj.gov

</div>

2