IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:25-CV-423-MOC-WCM

ALEXANDER DEVOID,

     Plaintiff,

v.

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES,

     Defendant.

## UNITED STATES' *CORRECTED* MOTION FOR EXTENSION OF TIME

The United States moves this Court for an extension of time of three weeks to respond to Alexander Devoid's complaint related to his Freedom of Information Act request to the United States Citizenship and Immigration Services

1.     Devoid filed this action on November 26, 2025. The United States was served with a copy of the complaint six days later.

2.     With Devoid's consent, the United States sought and obtained three extensions of time, the second and third after consulting with the agency and learning that it intended to produce records responsive to Devoid's FOIA request as soon as possible or had already produced them.

3.     Devoid received the requested records on March 24.

4.     Devoid agrees that he has received responsive records and has asked the United States to consider a request for attorney's fees. Devoid and the United States are now discussing the attorney's fees issue to determine whether Devoid is

entitled to attorney's fees and whether the parties can reach an agreement on that issue.

5. For reasons of judicial efficiency and because the requested records have been received by Devoid and the parties are currently negotiating the question of attorney's fees, the United States moves this Court of an extension of its time to answer or otherwise response to Devoid's complaint until April 27, 2026.

6. Devoid's counsel generously consents to this extension request.

This 1st day of April, 2026.

RUSS FERGUSON
UNITED STATES ATTORNEY

s/Amy E. Ray
Assistant United States Attorney
N.C. Bar No. 22762
Room 233, US Courthouse
100 Otis Street
Asheville, NC 28801
Phone:  828-271-4661
Fax:  828-271-4327
E-Mail: amy.ray@usdoj.gov

2