UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:25CV423-MOC-WCM

ALEXANDER DEVOID,

        Plaintiff,

    v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

        Defendant.

## ANSWER TO PLAINTIFF'S COMPLAINT AND DEFENDANT'S AFFIRMATIVE DEFENSES

1. The allegations in Paragraph 1 do not describe a claim, and no response is required. Should this Court deem a response is required, Defendant United States Citizenship and Immigration Services admits that at one time it maintained a database called the Humanitarian Adjudication for Victims Enterprise Nationwide, or "HAVEN." As to the remaining allegations, USCIS respectfully refers the Court to the authorities cited by Plaintiff for a complete and accurate reading of their contents and denies any allegations inconsistent with those contents.

2. The allegations contained in Paragraph 2 do not describe a claim, and no response is required. Should the Court deem that a response is required, USCIS respectfully refers the Court to the authorities cited by Plaintiffs for a complete and accurate reading of their contents. USCIS denies any allegations inconsistent with those contents. USCIS denies any remaining allegations.

3. The allegations contained in Paragraph 3 do not describe a claim, and no response is required. Should the Court deem that a response is required, USCIS respectfully refers the Court to the authorities cited by Plaintiffs for a complete and accurate reading of their contents. USCIS denies any allegations inconsistent with those contents. USCIS denies any remaining allegations.

4. The allegations contained in Paragraph 4 do not describe a claim, and no response is required. Should the Court deem that a response is required, USCIS respectfully refers the Court to the authorities cited by Plaintiffs for a complete and accurate reading of their contents. USCIS denies any allegations inconsistent with those contents.

5. The allegations contained in Paragraph 5 do not describe a claim, and no response is required. Should the Court deem that a response is required, USCIS respectfully refers the Court to the authorities cited by Plaintiffs for a complete and accurate reading of their contents. USCIS denies any allegations inconsistent with those contents.

6. The allegations contained in Paragraph 6 do not describe a claim, and no response is required. Should the Court deem that a response is required, USCIS respectfully refers the Court to the authorities cited by Plaintiffs for a complete and accurate reading of their contents. USCIS denies any allegations inconsistent with those contents.

7. The allegations contained in Paragraph 7 do not describe a claim, and no response is required. Should the Court deem that a response is required, USCIS

2

respectfully refers the Court to the authorities cited by Plaintiffs for a complete and accurate reading of their contents. USCIS denies any allegations inconsistent with those contents. USCIS denies any remaining allegations.

8. The allegations contained in Paragraph 8 do not describe a claim, and no response is required. Should the Court deem that a response is required, USCIS respectfully refers the Court to the authorities cited by Plaintiffs for a complete and accurate reading of their contents. USCIS denies any allegations inconsistent with those contents. USCIS denies any remaining allegations.

9. The allegations contained in Paragraph 9 do not describe a claim, and no response is required. Should the Court deem that a response is required, USCIS denies the allegations.

10. The allegations contained in Paragraph 10 do not describe a claim, and no response is required. Should the Court deem that a response is required, USCIS denies the allegations.

11. Paragraph 11 consists of Plaintiff's prayer for relief, to which no response is required. To the extent a response is deemed required, USCIS denies the allegations and denies that Plaintiff is entitled to any relief.

12. The allegations in Paragraph 12 consist of assertions of legal authority to which no response is required.

13. The allegations in Paragraph 13 contain legal conclusions or fail to describe a claim. For these reasons, no response is required. Should this Court

3

deem that a response is required, USCIS admits that Plaintiff seeks records from USCIS. USCIS denies all remaining allegations.

**JURISDICTION AND VENUE[1]**

14. USCIS admits that this Court has subject-matter jurisdiction under 28 U.S.C. § 1331 and the Freedom of Information Act, 5 U.S.C. § 552 *et seq.*, as limited by the relief available under that Act.

15. USCIS admits that venue is proper in this district.

16. The allegations in Paragraph 16 consist of legal conclusions to which no response is required.

17. The allegations in Paragraph 17 consist of legal conclusions to which no response is required. Should this Court deem that a response to Plaintff's factual allegations is required, USCIS denies those allegations.

18. The allegations in Paragraph 18 consist of legal conclusions to which no response is required.

**PARTIES**

19. USCIS lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 19 of the Complaint.

20. USCIS admits the allegations in Paragraph 20.

21. Paragraph 21 consists of Plaintiff's prayer for relief, to which no response is required. To the extent a response is deemed required, USCIS denies the allegations and denies that Plaintiff is entitled to any relief.

---

[1] For the ease of reference, USCIS is mirroring the headers in Plaintiff's Complaint. By doing so, USCIS is not admitting any allegations contained in those headers.

4

22.     USCIS admits the allegations in Paragraph 22.

23.     The allegations contained in Paragraph 23 describe Plaintiff's FOIA request.  USCIS respectfully refers the Court to the exhibit cited by Plaintiff for a complete and accurate reading of its contents.  USCIS denies any allegations inconsistent with those contents.

24.     The allegations in Paragraph 24 consist of Plaintiff's characterization of USCIS's actions.   USCIS respectfully refers the Court to the authorities cited by Plaintiff for a complete and accurate reading of its contents.  USCIS denies any allegations inconsistent with those contents.

25.     The allegations of Paragraph 25 consist of Plaintiff's characterization of USCIS's actions.  USCIS denies those characterizations.  USCIS lacks sufficient knowledge or information to admit or deny whether Plaintiff could or could not access and download records.  For the remainder of the allegations in Paragraph 25, USCIS respectfully refers the Court to the exhibit cited by Plaintiff for a complete and accurate reading of its contents.  USCIS denies any allegations inconsistent with those contents.

26.     The allegations in Paragraph 26 describe the contents of an exhibit to Plaintiff's Complaint.  USCIS respectfully refers the Court to that exhibit for a complete and accurate reading of its contents.  USCIS denies any allegations inconsistent with those contents.

27.     USCIS admits the allegations in Paragraph 27.

28.     USCIS admits the allegations in Paragraph 28.

29.     The allegations in Paragraph 29 contain legal conclusions to which no response is required.  In response to the allegations of fact in Paragraph 29, USCIS respectfully refers the Court to the exhibit cited by Plaintiff for a complete and accurate reading of its contents.  USCIS denies any allegations inconsistent with those contents.

30.     The allegations in Paragraph 30 contain legal conclusions to which no response is required.

31.     The allegations in Paragraph 31 contain legal conclusions to which no response is required.  USCIS denies the remaining allegations.

### Claims for Relief
### Count I

32.     USCIS incorporates by reference its responses to all preceding paragraphs.

33.     The allegations in Paragraph 33 contain legal conclusions to which no response is required.  Should this Court deem that a response is required, USCIS denies the allegations.

34.     The allegations in Paragraph 34 contain legal conclusions to which no response is required.  Should this Court deem that a response is required, USCIS denies the allegations.

35.     The allegations in Paragraph 35 contain legal conclusions to which no response is required.  Should this Court deem that a response is required, USCIS denies the allegations.

36.     The allegations in Paragraph 36 contain legal conclusions to which no response is required.  Should this Court deem that a response is required, USCIS denies the allegations.

37.     The allegations in Paragraph 37 contain legal conclusions to which no response is required.  Should this Court deem that a response is required, USCS denies the allegations.

## Count II

38.     USCIS incorporates by reference its responses to all preceding paragraphs.

39.     The allegations in Paragraph 39 contain legal conclusions to which no response is required.  Should this Court deem that a response is required, USCIS admits that it is subject to FOIA.

40.     The allegations in Paragraph 40 contain legal conclusions to which no response is required.  Should this Court deem that a response is required, USCIS denies the allegations.

41.     The allegations in Paragraph 41 contain legal conclusions to which no response is required.  USCIS denies the factual allegations.  Should this Court deem that a further response is required, USCIS denies the allegations.

42.     The allegations in Paragraph 42 contain legal conclusions and a prayer for relief to which no response is required.  Should this Court deem that a response is required, USCIS denies the allegations and denies that Plaintiff is entitled to any relief.

## COUNT III

43. USCIS incorporates by reference its responses to all preceding paragraphs.

44. The allegations in Paragraph 44 contain legal conclusions to which no response is required. Should this Court deem that a response is required, USCIS admits that it is subject to FOIA.

45. The allegations in Paragraph 45 contain legal conclusions to which no response is required. Should this Court deem that a response is required, USCIS denies the allegations.

## Request for Relief

The remainder of the Complaint consists of Plaintiff's prayer for relief, to which no response is required. Should the Court deem that a response is required, USCIS denies that Plaintiff is entitled to the relief requested, or to any relief.

## FIRST DEFENSE

Plaintiff is not entitled to compel the production of any record or portion of any record protected from disclosure by one or more of the exclusions or exemptions to the FOIA or the Privacy Act, 5 U.S.C. § 552a.

## SECOND DEFENSE

The Court lacks subject-matter jurisdiction over any of Plaintiff's requests for relief that exceeds the relief authorized by the FOIA.

8

## THIRD DEFENSE

Plaintiff is neither eligible nor entitled to attorney's fees or costs.

## FOURTH DEFENSE

USCIS's actions or inactions did not violate the FOIA or any other statutory or regulatory provision.

## FIFTH DEFENSE

USCIS has not improperly withheld records requested by Plaintiff under the FOIA.

## SIXTH DEFENSE

USCIS may have additional defenses which are not known at this time, but which may become known. Accordingly, USCIS reserves the right to assert every affirmative or other defense that may be available, including any defenses available pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure.

## GENERAL DENIAL

Anything not expressly admitted above is hereby denied.

Having fully answered the Complaint, USCIS prays for judgment in its favor. USCIS asks this Court to dismiss the claims against USCIS with prejudice and deny Plaintiff all requested relief. USCIS asks that it be awarded costs and disbursements incurred in defending this matter and for such further relief as may be appropriate.

Respectfully submitted this 27th day of April, 2026.

RUSS FERGUSON
UNITED STATES ATTORNEY

s/AMY E. RAY
Assistant United States Attorney
N.C. Bar No. 22762
Room 233, U.S. Courthouse
100 Otis Street
Asheville, North Carolina 28801
Tel:  (828) 271-4661
Email:  Amy.Ray@usdoj.gov

*Counsel for the United States*

10