# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

ALEXANDER DEVOID,

                Plaintiff,

    v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES
                Defendant.

Case No. 1:25-CV-423-MOC-WCM

## JOINT RULE 26(f) REPORT

In this Freedom of Information Act ("FOIA") action, Plaintiff Alexander Devoid submitted a FOIA request to United States Citizenship and Immigration Services in February 2021. That FOIA request generally sought records regarding information on USCIS's Humanitarian Adjudication for Victims Enterprise Nationwide (HAVEN) database, which Plaintiff alleged the agency used to "maintain information on visas granted to victims of human trafficking (U visas and T visas)." *See generally* Dkt. 1.

Plaintiff initiated this action on November 26, 2025, and Defendant timely responded to the Complaint on April 27, 2026. Dkts. 1, 13. On May 1, 2026, Assistant United States Attorney Amy Ray, attorney for Defendant, and Daniel Melo, attorney for Plaintiff, conferred via Microsoft Teams, and hereby submit this Joint Rule 26(f) Report.

1

A typical discovery scheduling order does not account for the nature of a FOIA matter in which the parties work together to ensure timely and complete production of the requested FOIA materials. The agency has produced 432 pages of responsive records. The agency has also withheld certain information within the production under FOIA exemptions 5 U.S.C. §§ 552(b)(6) and 552(b)(7)(E), which Plaintiff disputes. Because FOIA cases are typically resolved on summary judgment, the Parties jointly suggest the following summary judgment brief schedule:

1. Defendant's Motion for Summary Judgment shall be filed on or before June 12, 2026.

2. Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment shall be filed on or before July 10, 2026.

3. Defendant's Reply and Opposition to Plaintiff's Cross-Motion for Summary Judgment shall be filed on or before August 14, 2026;

4. Plaintiff's Reply shall be filed on or before September 11, 2026.

Date: May 12, 2026          Respectfully submitted,

FOR THE DEFENDANT:          FOR THE PLAINTIFF

RUSS FERGUSON
UNITED STATES ATTORNEY

/s/ Amy E. Ray
Amy E. Ray
Assistant United States Attorney
N.C. Bar No. 22762

By: /s/ *Daniel Melo*
Daniel Melo
The Melo Law Firm
2920 Forestville Road, Ste 100, PMB 1192
Raleigh, NC 27616
Tel: (919) 348-9213
dan@themelolawfirm.com

2

Room 233, U.S. Courthouse
100 Otis Street
Asheville, North Carolina 28801
Tel: (828) 271-4661
Fax: (828) 271-4327
Email: Amy.Ray@usdoj.gov
*Counsel for the United States*

*Pro Bono Counsel For Plaintiff*

3