# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL ACTION NO. 1:25-CV-423-MOC-WCM

| | | |
|---|---|---|
| ALEXANDER DEVOID, | ) | |
| | ) | |
| Plaintiff, | ) | PRETRIAL ORDER AND |
| | ) | CASE MANAGEMENT PLAN |
| v. | ) | |
| | ) | |
| | ) | |
| UNITED STATES CITIZENSHIP AND | ) | |
| IMMIGRATION SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IN ACCORDANCE WITH** the Local Rules of the Western District of North Carolina and pursuant to Rule 16 of the Federal Rules of Civil Procedure, the undersigned enters the following Pretrial Order and Case Management Plan in this matter.

## DEADLINES AT A GLANCE:

| | |
|---|---|
| Defendant's Summary Judgment Motion: | **June 12, 2026** |
| Plaintiff's Consolidated Response and Cross-Motion for Summary Judgment: | **July 10, 2026** |
| Defendant's Consolidated Reply and Opposition to Defendants' Cross-Motion for Summary Judgment: | **August 14, 2026** |
| Plaintiff's Reply in Support of Cross-Motion for Summary Judgment: | **September 11, 2026** |

1

## I.  DISCOVERY

**A.**  **DISCOVERY GUIDELINES**: Because this is a matter involving the review of a limited record to determine whether a statutory exemption applies, the parties do not anticipate conducting discovery in this case.

**B.**  **RULE 26 DISCLOSURES**: The parties are not ordered to exchange the materials contemplated by Federal Rule of Civil Procedure 26(a)(1) at this time.

**C.**  **PROTECTIVE ORDERS**: If counsel submit proposed protective orders, they shall include a provision leaving the ultimate disposition of protected materials subject to a final order of the Court on the completion of litigation. A **PROTECTIVE ORDER** is hereby entered in accordance with Rule 16(b)(1)(B) and Rule 502 providing that privileged documents inadvertently produced may be "clawed back" by the party that produced them within 14 days of being served with written notice of the inadvertent disclosure by the party who received the document.

## II.  MOTIONS

**A.**  **DISPOSITIVE MOTIONS DEADLINE**: The parties anticipate resolving this case by cross-motions for summary judgment. The schedule for the filing of those motions is as follows:

| | |
|---|---|
| **Defendant's Summary Judgment Motion:** | **June 12, 2026** |
| **Plaintiff's Consolidated Response and Cross-Motion for Summary Judgment:** | **July 10, 2026** |
| **Defendant's Consolidated Reply and Opposition to Defendants' Cross-Motion for Summary Judgment:** | **August 14, 2026** |
| **Plaintiff's Reply in Support of Cross-Motion for Summary Judgment:** | **September 11, 2026** |

The Parties may not extend these deadlines by agreement.

**B.** **REQUIREMENT OF CONFERENCE WITH COURT BEFORE FILING SUBSTANTIVE DISCOVERY MOTIONS**: In accordance with Rule 16(b)(1)(B), a party shall, before filing a disputed motion for an order relating to discovery, request a conference with the Magistrate Judge. Only when that request is denied or an impasse is reached at the conference may the party file a disputed motion for an order relating to discovery. Such conferences may be conducted in chambers or by conference call and need not be recorded, all in the discretion of the Magistrate Judge.

**C.** **MOTIONS HEARINGS**: Hearings on motions ordinarily will be conducted only when the Rules require a hearing, when the papers filed in support of and in opposition to the motion do not provide an adequate basis for decision, or at the request of a party and when the Court determines it would aid the decisional process. All motions requiring a hearing will be heard as soon as is practical. The Clerk will notify all parties as far in advance as possible of the date and time set for the hearing.

**D.** **MEMORANDA IN SUPPORT OF MOTIONS**: Every motion shall include, or be accompanied by, a brief written statement of the facts, a statement of the law, including citations of authority and the grounds on which the motion is based. Motions not in compliance with this Order are subject to summary denial.

**E.** **ENLARGEMENT OF TIME**: If counsel need more time to file a reply, a motion for extension of time shall be filed. The moving party must show consultation with opposing counsel regarding the requested extension and must notify the Court of the views of opposing counsel on the request. If a party fails to make the requisite showing, the Court may summarily deny the request for extension.

### III. ALTERNATIVE DISPUTE RESOLUTION

**A.**     Mediation is not ordered in this case. <u>See</u> LCvR 16.2(b) (exempting certain cases from the mandatory ADR rule where a judicial officer determines the "case is not suitable for ADR").

### IV. TRIAL

**A.**     **TRIAL DATE.**  As noted above, the parties anticipate that this case can be resolved on cross-motions for summary judgment. However, should the matter not be completely resolved at summary judgment, the parties shall, within 14 days of the entry of the Court's final ruling on their motions for summary judgment, file a notice advising when the case will be ready for trial.

### V. SANCTIONS FOR FAILURE TO COMPLY WITH THE PRETRIAL ORDER

Failure to comply with any of the provisions of this Order which causes added delay or expense to the Court may result in the imposition of sanctions as provided by the Federal Rules of Civil Procedure.

**SO ORDERED**.

Signed: May 18, 2026

W. Carleton Metcalf
United States Magistrate Judge

4