IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:25-CV-423-MOC-WCM

ALEXANDER DEVOID

     Plaintiff,

     v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

     Defendant.

## UNITED STATES' MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

The United States moves for judgment on the pleadings under Federal Rule of Civil Procedure 12(c) in favor of its agency, United States Citizenship and Immigration Services. In the alternative, the United States moves for summary judgment under Federal Rule of Civil Procedure 56 because there is no issue of material fact and the United States is entitled to judgment as a matter of law. The United States describes the grounds and authorities supporting these alternative motions in the accompanying Memorandum of Law.

The United States respectfully requests that this Court grant its motion for judgment on the pleadings or its motion for summary judgment and for any other or additional relief the Court deems appropriate.

1

Respectfully submitted, this 11th day of June, 2026.

RUSS FERGUSON
UNITED STATES ATTORNEY

s/Amy E. Ray
Assistant United States Attorney
N.C. Bar No. 22762
Room 233, US Courthouse
100 Otis Street
Asheville, NC 28801
Tel: 828-259-0662
Fax: 828-271-4327
E-Mail: Amy.Ray@usdoj.gov

2