

**U.S. Citizenship and Immigration Services**

March 17, 2026

Andrew Devoid                                                                    **LIT2026000001**
Daniel Melo
The Melo Law Firm PLLC
2920 Forestville Rd Ste 100 PMB 1192
Raleigh, NC 27616

Dear Daniel Melo:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office on February 16, 2021, seeking the names of all tables and all columns of all databases stored within the Humanitarian Adjudication for Victims Enterprise Nationwide (HAVEN) system, including all manuals or data dictionaries associated with the
HAVEN system.

Enclosed are 432 pages released in their entirety and or in part.   We have reviewed and have determined to release all information except those portions that are exempt pursuant to 5 U.S.C. § (b)(6), and (b)(7)(e) of the FOIA.

Exemption (b)(6) permits the government to withhold all information about individuals in personnel, medical and similar files where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy. The types of documents and/or information that we have withheld may consist of birth certificates, naturalization certificates, drivers' licenses, social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal.

Exemption (b)(7)(E) provides protection for records or information for law enforcement purposes which would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law. The types of documents and/or information we have withheld could consist of law enforcement systems checks, manuals, checkpoint locations, surveillance techniques, and various other documents.

I note that this matter is in litigation. If you have any questions on any of the matters in this litigation, please contact Assistant United States Attorney Kartik Venguswamy at Kartik.Venguswamy@usdoj.gov

Sincerely,

Jarrod T Panter
Acting Chief FOIA Officer
Freedom of Information Act & Privacy Act Unit

Enclosure(s)