**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO  64064-8010



June 4, 2026

Andrew Devoid C/O
Daniel Melo
The Melo Law Firm PLLC
2920 Forestville Rd Ste 100 PMB 1192
Raleigh, NC 27616

**LIT2026000001**

Dear Daniel Melo:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office on February 16, 2021, seeking the names of all tables and all columns of all databases stored within the Humanitarian Adjudication for Victims Enterprise Nationwide (HAVEN) system, including all manuals or data dictionaries associated with the HAVEN system. USCIS has completed a re-review of pages. Enclosed is one page released in its entirety.

I note that this matter is in litigation. If you have any questions on any of the matters in this litigation, please contact Assistant United States Attorney Kartik Venguswamy at Kartik.Venguswamy@usdoj.gov

Sincerely,

Jarrod T Panter
Acting Chief FOIA Officer
Freedom of Information Act & Privacy Act Unit

Enclosure(s)