# EXHIBIT A

interrupted, the backup electrical power systems are triggered and take over to supply electrical power.) The current system is used exclusively by VSC personnel with no external access.

As a temporary local solution, this system was developed outside the USCIS SELC or ITDL, certification/compliance process, 508 compliance, and high security standards due to high PII data.

## 1.3     Document References

For an updated and comprehensive list of documents referring to HAVEN, refer to the Information Technology Document Library --ITDL  https://documents.uscis.dhs.gov/WorkSite/

- HAVEN Internal Development and Engineering Agreement (IDEA), 02/01/2010

- HAVEN Project Tailoring Plan, 01/19/2010, 182342 ITDL

- ITSR Approval OIT10SR10444, 11/10/2009

- Section 508 D&F, 02/01/2010, 182133 ITDL

## 2.0     OPERATIONS AND SUPPORT DESCRIPTIONS

## 2.1     Missions (Primary/Secondary)

The Project Tailoring Plan is running in accordance with ITLM 2.0 and SELC 3.0 documentation.

The primary mission of HAVEN system is to provide case management for all VAWA forms. HAVEN will be role based and provide a capability to track changes to data entered by users. At a minimum, HAVEN will support the current business process, though the development effort may lead to modifications of the process. The areas of improvement could include: data access, data searching, data reporting, and reduction in duplicate work.

Due to the sensitive nature of VAWA information, HAVEN must adhere to appropriate security standards and enable to business owner to maintain data integrity. HAVEN will meet appropriate USCIS, DHS and US regulations including Section 508 compliances of the Rehabilitation Act. HAVEN will include administrative controls to manage user accounts. In addition, the application will provide online access to user help documentation.

## 2.2     Users and Other Stakeholders

Various groups of people/user classes will interact with the system.

| *USERS and Stakeholders* | *Level of involvement* |
|---|---|
| (b)(6) | Business owner, stakeholder |

Case 1:25-cv-00423-MOC-WCM     Document 18-1     Filed 07/10/26     Page 2 of 5
002

## 5.0    CONOPS DEVELOPMENT TEAM

The major participants in the project are:

| NAMES | ROLE | ROLE | Phone |
|-------|------|------|-------|
|       |      |      |       |

(b)(6)

Case 1:25-cv-00423-MOC-WCM     Document 18-1     Filed 07/10/26     Page 3 of 5

# EXECUTIVE SUMMARY

A temporary solution was developed using Microsoft Access® to process and adjudicate VTVPA (Victims of Trafficking and Violence Protection Act of 2000) forms I-918/914/929 (T and U visas) at the Vermont Service Center(VSC). This temporary solution (ASC) was created outside the IT lifecycle management process, section 508 compliances, and USCIS/DHS security guideline standards.

The Humanitarian Adjudication for Victims Enterprise Nationwide (HAVEN) system will be a web and role based application that will be used only by the VSC due to the sensitive nature of the data pertaining to victims of trafficking and crime. The T and U visa program provides temporary immigration benefits to aliens who are victims of certain criminal activities, and to their immediate family members. This application will be used for data entry, adjudication, customer service, and reporting for the T and U visa program. At a minimum, HAVEN will support the current business process and add selected improvements to data access, data searching and data reporting with an emphasis on the reduction of duplicate work. The T and U visa programs are administered only at the VSC due to the sensitive nature of the programs. The current users population is less than one hundred.

The current system (ASC) acts as a case management system and provides the users with the capability to record case data and to record adjudicative actions on the cases. Ancillary functions are also provided such as the ability to print notices, the ability to track the number of cases that have been approved, the ability to assign fraud-related nicknames to cases and the ability to record comments about the cases.

The Functional Requirement Document (FRD) provides details of the activities and responsibilities related to Humanitarian Adjudication for Victims Enterprise Nationwide (HAVEN) during the requirements phase of IT lifecycle management.

The first sections of the HAVEN FRD include the project descriptions, points of contact and roles, document references, and general information. The remainder of the document outlines the specific business, functional, interface, operational, and other requirements, as well as users classes and roles. The Operational Scenarios are simple usage descriptions for each major function that show the inputs and the outputs.

| NAMES | TITLE | ROLE | Signatory |
|---|---|---|---|
|  |  |  | No |
|  |  |  | Yes |
|  |  |  | Yes |
|  |  |  | Yes |
|  |  |  | No |
|  |  |  | No |

(b)(6)

Case 1:25-cv-00423-MOC-WCM   Document 18-1   Filed 07/10/26   Page 4 of 5
004

### 3.2.2   Data Entity List, Definitions, and Data Sources

The Table 3-1, *Data Entity Definitions,* contains a list of all data entities and the characteristics and support information associated with each entity.

**Table 3-1: Data Entity Definitions**

| Name | Definition Field Length | Definition-Usage | Source-Name | Source-POC |
|---|---|---|---|---|
| Case_note: case_note_case_id | Bigint | Identify each case | HAVEN generated | |
| Case_note: case_note_user_id | Varchar(12) | Active directory users_id | Active Directory | |
| Case_note: case_note_timestamp_dt | Date | Date/time comment entered | System Generated | |
| Case_note: case_note_txt_tx | Varchar(200) | Note about the case | Users entered | |
| History: history_case_id | Bigint | Identify each case | HAVEN generated | |
| History: history_action_cd | Varchar(5) | An action taken on a case | Users selected from list | |
| History: history_id | Number | Identify each history action | System generated | |
| History: history_receipt_nbr_txt | Varchar(13) | Receipt number for this case | From CLAIMS or HAVEN | |
| History: history_action_dt | Date | Date/Time action was taken | From CLAIMS or generated in HAVEN | |
| History: history_user_id | Varchar(12) | Users who took the action | From CLAIMS or generated in HAVEN | (b)(6) |
| Action_code: action_code_action_id | Varchar(5) | Unique identifier for a case action | From CLAIMS or HAVEN | |
| Action_code: action_code_description_txt | Varchar(100) | Description for the action code | From CLAIMS or HAVEN | |
| Action_code: action_code_source_txt | Varchar(7) | Copied from CLAIMS or HAVEN specific | Generated in HAVEN load scripts and admin screen | |
| Action_code: action_code_ciscors_status_cd | Number | CISCORS status this action code maps to | Generated in HAVEN load scripts and admin screen | |
| Action_code: action_code_display_order_rt | Number | Display order for sorting | HAVEN admin screens | |
| User: user_id | Varchar(12) | Active Directory users_id | Active Directory | |
| User: user_last_nm_txt | Varchar(30) | Active Directory Userss' last name | Active directory | |
| User: user_first_nm_txt | Varchar(18) | Active Directory Userss' first name | Active Directory | |

Case 1:25-cv-00423-MOC-WCM    Document 18-1    Filed 07/10/26    Page 5 of 5