**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

|  |  |
|---|---|
| ALEXANDER DEVOID,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES<br>        Defendant. | Case No. 1:25-CV-423-MOC-WCM |

## PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT

Plaintiff Alexander Devoid moves for summary judgment in his favor under

Federal Rule of Civil Procedure 56 because there is no issue of material fact and

Plaintiff is entitled to judgment as a matter of law. Plaintiff responds to Defendant's

Motion for Summary Judgment and supports his cross-motion for summary

judgment in the accompanying Memorandum of Law.

Plaintiff respectfully requests that this Court grant his motion for summary

judgment and for any other or additional relief the Court deems just and proper.

Respectfully submitted,

Date: July 10, 2026

/s/Daniel Melo
Daniel Melo
The Melo Law Firm
NC Bar # 48654
2920 Forestville Road, Ste 100
PMB 1192
Raleigh, NC 27616
Tel: (919) 348-9213
dan@themelolawfirm.com
*Pro Bono Counsel For Plaintiff*