# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CASE NO. 1:25-CV-423-MOC-WCM

ALEXANDER DEVOID,

     Plaintiff,

v.

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES,

     Defendant.

## **UNITED STATES' MOTION FOR EXTENSION OF TIME**

The United States moves this Court for an extension of time of seven (7) days to answer or otherwise respond to Plaintiff's complaint, until August 21, 2026. In support of this motion, the United States shows unto the Court as follows:

1.    The United States' response to Plaintiff's cross-motion for summary judgment and its reply in support of its motion for summary judgment is due August 14, 2026.

2.    The undersigned Assistant United States Attorney is out of the office until August 13, a day later than expected because of travel disruptions.

3.    The undersigned AUSA also recently learned that agency counsel is out of the office from August 10–14. The United States needs an additional week to enable the undersigned to draft a response and allow agency counsel to review before filing.

4.    Plaintiff's counsel generously consents to this extension request.

Respectfully submitted this 5th day of August, 2026.

<div style="margin-left: 45%;">

RUSS FERGUSON
UNITED STATES ATTORNEY

s/Amy E. Ray
Assistant United States Attorney
N.C. Bar No. 22762
Room 233, US Courthouse
100 Otis Street
Asheville, NC 28801
Tel: 828-259-0662
Fax: 828-271-4327
E-Mail: Amy.Ray@usdoj.gov

</div>

2